IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINDA CUTLER, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br>v.<br><br>NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC.,<br><br>*Defendant*. | No. 1:06-CV-00525 (RBW) |

## NOTICE OF FILING OF MOTION TO TRANSFER

Pursuant to Rule 5.12(c) of the Rules of the Judicial Panel on Multidistrict Litigation (the Panel), Defendant National Association of Securities Dealers, Inc., hereby notifies this Court of the filing of the attached Amended Motion for Transfer, which requests that the Panel transfer this action pursuant to 28 U.S.C. § 1407. Copies of the original transfer motion were filed with this Court in *Lowe v. NASD*, No. 1:06-CV-00280 (RBW), and *Wallin v. NASD*, No. 1:06-CV-00382 (EGS). The Panel has docketed these motions as MDL-1772, *In re Series 7 Broker Qualification Exam Scoring Litigation*.

Dated: March 29, 2006

Respectfully submitted,

_____/s/_____

F. Joseph Warin
William M. Jay
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC  20036
(202) 955-8500

*Attorneys for Defendant National Association of Securities Dealers, Inc.*